IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>MARK JOHN WALKER,<br><br>              Defendant. | Case No. 3:10-cr-00298-RRB-1<br><br>**ORDER REQUIRING<br>RECALCULATION<br>OF GOOD TIME CREDIT** |

      Before the Court at Docket 103 is Defendant with a Motion for Habeas Corpus Relief.  At Docket 107, the Government challenges this Court's jurisdiction and Defendant replies at Docket 109.

      For the reasons set forth by Defendant at Docket 109, the Court concludes that it does have jurisdiction to address the current matter.  Moreover, given the Government's failure to address the merits of Defendant's request, and the equities of the situation, the Court will GRANT the relief requested for this case only, without a final determination of the merits of the legal issues raised by Defendant.

      IT IS THEREFORE HEREBY ORDERED that the Bureau of Prisons recalculate Defendant's release date forthwith, using the amended good time provision in

18 U.S.C. § 3624(b) and a rate of 54 days of good conduct time per year for the ten year term of imprisonment imposed.

IT IS FURTHER ORDERED that the Bureau of Prisons release Defendant without delay if the recalculation confirms that the Defendant's term of imprisonment has expired.  Defendant thereafter will be required to strictly comply with his conditions of supervised release.

IT IS SO ORDERED this 7th day of February, 2019, at Anchorage, Alaska.

                                              */s/ Ralph R. Beistline*
                                              RALPH R. BEISTLINE
                                        Senior United States District Judge